No. 99–2046. PACE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–2048. NATIONAL ASSOCIATION OF THE REMODELING INDUSTRY-HOUSTON CHAPTER, INC. v. ROOMS WITH A VIEW, INC., ET AL. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 99–2049. BRAUGH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–2050. AZIZ v. SAINT MARTIN'S COLLEGE. C. A. 9th Cir. Certiorari denied.

No. 99–2051. DAVIS ET AL. v. FUNKE. Mass. Trial Ct., Land Ct. Dept. Certiorari denied.

No. 99–2052. GRIFFITH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–2053. HERN v. INTERMEDICS, INC. C. A. 9th Cir. Certiorari denied.

No. 99–2054. SAAVEDRA, AS SPECIAL ADMINISTRATOR OF THE ESTATE OF HJALMARSSON, DECEASED, ET AL. v. KOREAN AIR LINES CO., LTD. C. A. D. C. Cir. Certiorari denied.

No. 99–2055. SHEA v. FLORIDA JUDICIAL QUALIFICATIONS COMMISSION. Sup. Ct. Fla. Certiorari denied.

No. 99–2056. SCHOFIELD v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–2057. COLE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 99–2058. LAGUNA ET AL. v. CALIFORNIA BOARD OF EDUCATION ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–2060. WESTERN ATLAS, INC. v. PENNINGTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–2061. IBRAHIM v. WAL-MART STORES, INC. C. A. 4th Cir. Certiorari denied.